UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20516-CR-SEITZ

UNITED STATES OF AMERICA,

v.

CHRISTIAN ISSAC IZAGUIRRE,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Chris M. McAliley recommending that Defendant's Motion to Suppress Statements be DENIED. The Court has reviewed Judge McAliley's R&R. There being no objections filed, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge McAliley be RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

Defendant's Motion to Suppress Statements [DE 298] is DENIED.

DONE AND ORDERED in Miami, Florida this 12th day of October, 2006.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Chris M. McAliley
Frank Tamen, AUSA
Peter Raben, Esq.